1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   JUAN CARLOS HERNANDEZ-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0187 AWI |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO ADVANCE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER |
| | ) | |
| JUAN CARLOS HERNANDEZ-MORENO, | ) | Date:  July 23, 2012 |
| | ) | Time:  10:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Carlos Hernandez-Moreno, that the hearing currently set for August 6, 2012 at 10:00 a.m., **may be advanced and rescheduled to July 23, 2012, at 10:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on July 23, 2012.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 16, 2012 | */s/ Andrew L. Gradman*<br>ANDREW L. GRADMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 16, 2012 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN CARLOS HERNANDEZ-MORENO |

**ORDER**

IT IS SO ORDERED.

Dated:     July 16, 2012                              _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE

*HERNANDEZ-MORENO: Stipulation to Advance*
*Status Conference Hearing - ORDER*            -2-